PROB 12 (Rev. 11/1/2004)

**FILED BY CLERK OF COURT**

# United States District Court

**for the**

**DISTRICT OF MINNESOTA**

**United States v. David William Gibson**

**Docket No. 0:01CR00136-001-(DWF)**

**Petition on Supervised Release**

COMES NOW **Douglas S. Stevens**, U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of **David William Gibson** who was sentenced for Bank Robbery on July 25, 2002, by the Honorable Donovan W. Frank, who fixed the period of supervision at 3 years supervised release, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

- 120 days in a Community Corrections Center
- Fetal Alcohol Syndrome Services
- Mandatory Drug Testing
- Drug Treatment
- Alcohol Treatment
- Substance Abuse Testing
- Mental Health
- Take Prescribed Medication
- No New Debit/Credit
- Financial Disclosure
- DNA Collection

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

SPECIAL CONDITION : The defendant shall participate in a program for drug and alcohol abuse at the direction of the probation officer. That program may include testing and inpatient or outpatient treatment, counseling, or a support group.

On July 23, 2005, Mr. Gibson failed to appear on a second occasion for urinalysis in accordance with the code-a-phone.

PRAYING THAT THE COURT WILL ORDER That conditions of supervision be modified to include the following:

The defendant shall perform 25 hours of community service, as approved by the probation officer.

SCANNED
AUG 1 9 2005
U.S. DISTRICT COURT ST. PAUL

ORDER OF THE COURT

Considered and ordered this 19 day of August, 2005, and ordered filed and made a part of the records in the above case.

Honorable Donovan W. Frank
U.S. District Judge

c: United States Sentencing Commission

I declare under penalty of perjury that the foregoing is true and correct.

Douglas S. Stevens
U.S. Probation Officer

Executed on August 17, 2005
Place St. Paul