Prob 49

**UNITED STATES DISTRICT COURT**

**DISTRICT OF MINNESOTA**

United States v. David William Gibson

Docket No. 0:01CR00136-1 DWF

**HEARING WAIVER**

I, David William Gibson, have been advised and understand that I have a statutory right under Rule 32.1, F.R.Crim.P., to a hearing and assistance of counsel in connection with the proposed modification of the conditions of my supervision.

I hereby voluntarily waive my statutory right to such a hearing and to assistance of counsel in regard to the following modification of my supervision conditions:

The defendant shall perform 25 hours of community service, as approved by the probation officer.

Signed: [signature]

David William Gibson
Supervised Releasee

Witness: Carrie Salmeto

Dated: 08-03-05

SCANNED
AUG 1 9 2005
U.S. DISTRICT COURT ST. PAUL

RECEIVED
AUG 0 8 2005
U.S. PROBATION OFFICE
ST. PAUL, MINNESOTA